1 Thomas J. Gearing, Esq. (SBN 121473)
  Law Offices of Thomas J. Gearing
2 9000 South Las Vegas Blvd., Ste. 2060
  Las Vegas, NV 89123
3 Tel:  (702) 837-0766
  Email:  thomasgearing@aol.com
4

5 Attorneys for Plaintiffs MICHAEL GEARING
  as Trustee of the Thomas J. Gearing Private Annuity Trust,
6 ROSEMARY GEARING as Trustee of the
  T.J.G. Private Annuity Trust and In Propria Persona
7

8

9                     UNITED STATES DISTRICT COURT

10                    CENTRAL DISTRICT OF CALIFORNIA

11

| MICHAEL GEARING as Trustee of the Thomas J. Gearing Private Annuity Trust, ROSEMARY GEARING as Trustee of the T.J.G. Private Annuity Trust, and THOMAS J. GEARING, individually, | Case No.: 11-CV-04417 RGK (PJWx) The Honorable R. Gary Klausner |
|---|---|
| Plaintiffs, | **PLAINTIFFS' REQUEST FOR ORAL ARGUMENT** |
| vs. | Hearing Date:  February 6, 2011<br>Time:  9:00 a.m.<br>Place:  Courtroom 850<br>Judge:  Hon. R. Gary Klausner |
| CHINA AGRITECH, INC., YU CHANG, YAU-SING TANG, and GENE MICHAEL BENNETT, XIAO RONG TENG, MING FANG ZHU, ZHENG "ANNE" WANG, CHARLES LAW, LUN ZHANG DAI, HAI LIN ZHANG, | Complaint Filed: May 23, 2011<br>Trial Date: July 17, 2012 |
| Defendants. | |

        Pursuant to Federal rules of Civil Procedure 78 and Civil Local Rule 7-15,
plaintiffs Michael Gearing as Trustee of the Thomas J. Gearing Private Annuity
Trust, ROSEMARY GEARING as Trustee of the T.J.G. Private Annuity Trust,

1

and THOMAS J. GEARING, individually (collectively "Gearing") hereby respectfully request oral argument at the convenience of the Court on defendant China Agritech, Inc.'s Motion to Strike and Motion to Dismiss plaintiffs' Second Amended Complaint, which motions have been fully briefed.

DATED:  January 30, 2012    Respectfully submitted,
                            Law Offices of Thomas J. Gearing


                                    /s/Thomas Gearing
                            By:_____
                                Attorneys for Plaintiffs MICHAEL
                                GEARING as Trustee of the
                                Thomas J. Gearing Private Annuity
                                Trust, and ROSEMARY GEARING
                                as Trustee of the T.J.G. Private
                                Annuity Trust, and In Propria
                                Persona