UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 11-04417-RGK (PJWx) | Date | February 1, 2012 |
|---|---|---|---|
| Title | Michael Gearing, et al. v. China Agritech Inc., et al. | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | | |
|---|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS)** Defendant China Agritech, Inc.'s Motion to Dismiss Plaintiffs' Second Amended Complaint (DE 49); AND Defendant China Agritech, Inc.'s Motion to Strike Portions of Plaintiffs' Second Amended Complaint (DE 50)

The Court hereby advises counsel that the above-referenced motions, noticed for hearing on February 6, 2012, have been taken **under submission** and off the motion calendar. **No appearances by counsel are necessary**. The Court will issue a ruling after full consideration of properly submitted pleadings.

**IT IS SO ORDERED.**

|  | : |  |
|---|---|---|
| Initials of Preparer | | slw |